## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X
JOY CONSTRUCTION CORPORATION,,

                Plaintiff,                24 **CIVIL** 5078 (PKC )

      -against-                            **JUDGMENT**

STARSTONE SPECIALTY INSURANCE COMPANY.

                Defendants.
-----------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 13, 2025, StarStone's motion to dismiss Joy's complaint is GRANTED and Joy's cross-motion for summary judgment is DENIED as moot.

**Dated:**  New York, New York

     June 16, 2025

                                                   **TAMMI M. HELLWIG**

                                                    **Clerk of Court**

                      **BY:**

                                                     **Deputy Clerk**